978

No. 751. MUTUAL SHOE CO. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 935;

No. 813. MILNER ET AL. *v.* UNITED STATES, *ante,* p. 936;

No. 440, Misc. JAKALSKI *v.* UNITED STATES, *ante,* p. 939;

No. 523, Misc. HOLLOMAN *v.* JARNAGIN, CHAIRMAN, BOARD OF VETERAN'S APPEALS, *ante,* p. 939; and

No. 625, Misc. MCCLURE *v.* HEINZE, WARDEN, *ante,* p. 934. Petitions for rehearing denied.

No. 773. NATIONAL HELLS CANYON ASSOCIATION, INC., ET AL. *v.* FEDERAL POWER COMMISSION ET AL., *ante,* p. 924. Motion of petitioners for leave to file supplement to petition for rehearing granted. Rehearing denied.

No. 852. SCOTT *v.* RKO RADIO PICTURES, *ante,* p. 939. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

JUNE 3, 1957.

No. 666. COSTELLO *v.* UNITED STATES.

*Per Curiam:* The motion for hearing is denied. The judgment is affirmed. *Achilli* v. *United States, ante,* p. 373, decided May 27, 1957. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Edward Bennett Williams, Morris Shilensky* and *Osmond K. Fraenkel* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.